UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON

DATE OF PROCEEDINGS: OCTOBER 4, 2011

JUDGE HON. PETER G. SHERIDAN

COURT REPORTER: FRANK GABLE

Docket # 3:07-Civ-1592 (PGS)

TITLE OF CASE:
Andre Lewis

v.

P. Williams, et al

APPEARANCES:
Neil M. Day, Esq. for Plaintiff
Daniel Michael Vannella, Esq. for Defendants
Plaintiff present

NATURE OF PROCEEDINGS: Trial w/jury continued

Andre Lewis Affirmed for Plaintiff
(Ordered lunch to be provided to (8) Jurors -Pizza-Grill.Com NJ Transit Train Station, Trenton, NJ 08609)
(Recess 1:00 p.m. - 2:00 p.m.)
Andre Lewis resumed for plaintiff          Jurors present
Sandra Lewis sworn for plaintiff           Taken out of turn
Andre Lewis resumed for plaintiff
Trial with jury adjourned until October 5, 2011
Time commenced: 10:00 a.m.
Time Adjourned: 4:00 p.m.
Total Time: 5:00

s/Dolores J. Hicks
DEPUTY CLERK