UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDRE LEWIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PAUL WILLIAMS, et als.<br><br>　　　　Defendant. | Civil Action No.: 07-1592 (PGS)<br><br>VERDICT SHEET<br>GUISEPPE MANDARA |

INSTRUCTION

Presented on the next pages are Verdict Sheets for Defendant, Guiseppe Mandara.

We, the jury, unanimously find the following by a preponderance of the evidence:

SECTION 1983 EXCESSIVE FORCE

1. Did Guiseppe Mandara, on August 7, 2005, intentionally commit an act that violated Andre Lewis's Eighth Amendment right not to be subjected to excessive force? (see p.15 of instructions).

Answer:    Yes _____    No __✗__

(If your answer to question 1 is "No," proceed to Assault and Battery. If your answer to question 1 is "Yes," proceed to question 2.)

2. If you find "yes" to question 1, is Guiseppe Mandara immune from liability due to the defense of qualified immunity? (see p. 32 of instructions).

Answer:    Yes _____    No _____

(If your answer to question 2 is "no," proceed to question 3. If "yes," proceed to Assault and Battery section.)

3. Do you award compensatory damages to Andre Lewis for any injury he actually suffered as a result of Giuseppe Mandara's conduct due to the use of excessive force?

Answer:    Yes _____    No _____

4. Do you award punitive damages to Andre Lewis due to the conduct of Guiseppe Mandara?

Answer:    Yes _____    No _____

DEFENDANT GUISEPPE MANDARA: ASSAULT AND BATTERY

5. Did Guiseppe Mandara commit an assault and battery by striking Andre Lewis with unlawful force on August 7, 2005?

Answer:    Yes _____    No __✗__

6. If "yes" to question 5, did Guiseppe Mandara possess a good faith belief that he was within the bounds of his authority when he used such force and/or acted objectively reasonable?

Answer:    Yes _____    No _____

(If your answer to question 6 is "no," proceed to question 7. If "yes,", proceed to Damages.

7. Do you award punitive damages to Andre Lewis due to the conduct of Guiseppe Mandara?

Answer:     Yes _____   No _____

## DAMAGES

8. If you answered question 3 and/or 6 "yes," please enter the amount of compensatory damages awarded.

Answer:     $ _____
            (fill in dollar figure)

9. If you answered questions 4 and/or 7 "yes," please enter the amount of punitive damages awarded.

Answer:     $ _____
            (fill in dollar figure)

_____
Foreperson

Date: 10-11-2011